UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:
**Joseph Michael Fleenor**
**Laura Lee Fleenor**
Debtor.                                                                                        Case No.: 12-74524
                                                                                                            Chapter 13

ORDER OF DISMISSAL

Pursuant to the Motion of the Debtors, by Counsel, for dismissal of their Chapter 13 proceeding, and endorsement of the Chapter 13 Trustee that he has no objection to the dismissal, it is accordingly

ORDERED that the Chapter 13 proceeding of Joseph and Laura Fleenor is hereby dismissed without prejudice.

It is further ORDERED that copies are to be mailed to The Law Offices of Steve C. Taylor, 133 Mount Pleasant Road, Chesapeake, Virginia 23322; Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320; Office of the United States Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, Virginia 23510; and Joseph and Laura Fleenor, 2304 Bugle Dr N, Chesapeake, VA 23321.

**Counsel for the Debtor(s):**
**Steve C. Taylor, Esquire**
**VSB: 31174**
**The Law Offices of Steve C. Taylor**
**133 Mount Pleasant Road**
**Chesapeake, Virginia 23322**
**(757) 482-5705**

Dated: _____

                                         _____
                                                      JUDGE

We ask for this:

/s/ Steve C. Taylor
Steve C. Taylor
Counsel for the Debtors


Seen:

/s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Trustee

## CERTIFICATE

      I hereby certify that in accordance with Local Rule 9022-1(C) this Order has been endorsed by all necessary parties and a true foregoing copy has been mailed out to all creditors, Trustee, and U.S. Trustee.

                                          /s/ Steve C. Taylor
                                          Steve C. Taylor
                                          Counsel for the Debtors

**Counsel for the Debtor(s):**
**Steve C. Taylor, Esquire**
**VSB: 31174**
**The Law Offices of Steve C. Taylor**
**133 Mount Pleasant Road**
**Chesapeake, Virginia 23322**
**(757) 482-5705**